CR 24-179 (JMB/LIB)

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 2251(a) |
| | 18 U.S.C. § 2251(e) |
| v. | |
| DILLON ALVAN REYNA, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Production of Child Pornography)

On or about February 3, 2023, in the State and District of Minnesota, the defendant,

**DILLON ALVAN REYNA,**

did employ, use, persuade, induce, and entice Minor Victim A to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, as described below, which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in interstate and foreign commerce, and which visual depiction was actually transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, to wit: a video of the defendant engaging in vaginal sexual intercourse with Minor

SCANNED
JUN 25 2024
U.S. DISTRICT COURT MPLS

*United States v. Dillon Alvan Reyna*

Victim A; all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## FORFEITURE ALLEGATION

Counts 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

Upon conviction of the foregoing offense, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110, United States Code;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property, including a cellular phone seized by law enforcement on or about February 3, 2023.

If any of the above-described forfeitable property is unavailable for

*United States v. Dillon Alvan Reyna*

forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY           FOREPERSON