

August 7, 2024

The Honorable Leo I. Brisbois
United States Magistrate Judge

Re:   United States of America v. Dillon Alvan Reyna
      Court File No.: 24-cr-179 (JMB/LIB)


Dear Honorable Leo Brisbois,

On behalf of Dillon Reyna, I write to notify the Court that I will not be filing pre-trial motions and his motion hearing set for September 6, 2024 may be cancelled.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

/s/ Wyatt Arneson

BY: WYATT ARNESON
Counsel for Dillon Reyna

cc: David Green, AUSA