UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 24-CR-00179 (JMB/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| Dillon Alvan Reyna, | |
| Defendant. | |

---

This matter is before the Court on Plaintiff United States of America's (the Government's) motion to exclude time under the Speedy Trial Act (Motion). (Doc. No. 33.) The Government also filed a sealed statement of reasons in support of its Motion. (Doc. No. 34.) Defendant Dillon Alvan Reyna has no objection to the Motion. (Doc. No. 36.)

The Government seeks to exclude the period of September 11, 2024, through December 2, 2024, to pursue potential resolution of the case and to effectively prepare a minor victim witness for trial. (Doc. No. 33.) The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Reyna's right to a speedy trial under 18 U.S.C. § 3161(h)(7)(A) for the reasons noted in the sealed statement of reasons (Doc. No. 34). In addition, under 18 U.S.C. § 3161(h)(7)(B)(i), the Court finds that a miscarriage of justice would result if time were not excluded under the circumstances.

1

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Plaintiff United States of America's Motion to Exclude Time Under the Speedy Trial Act (Doc. No. 33) is GRANTED; and

2. The period of time from September 11, 2024, through December 2, 2024, is excluded from Speedy Trial Act computations in this case.

Dated: September 24, 2024                                /s/ *Jeffrey M. Bryan*
                                                         Judge Jeffrey M. Bryan
                                                         United States District Court