UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-179 (JMB/LIB)

| UNITED STATES OF AMERICA, | **INFORMATION** |
|---|---|
| Plaintiff, | 18 U.S.C. § 2422(b) |
|  | 18 U.S.C. § 2427 |
| v. |  |
| DILLON ALVAN REYNA, |  |
| Defendant. |  |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Coercion and Enticement of a Minor)

In or about October ~~2023~~ 2022 DBG w/SR, in the State and District of Minnesota, the defendant,

**DILLON ALVAN REYNA,**

using a facility and means of interstate and foreign commerce, namely, using his cellphone and the internet, attempted to and did knowingly persuade, induce, entice, and coerce Minor Victim A, who had not attained the age of 18 years, to engage in sexual activity which under such circumstances would constitute a criminal offense, namely, the production and attempted production of child pornography in violation of Title 18, United States Code, Section 2251(a), and criminal sexual conduct in the third and fourth degrees,



SCANNED
NOV 1 2 2024
U.S. DISTRICT COURT ST. PAUL

in violation of Minnesota Statute, all in violation of Title 18, United States Code, Sections 2422(b) and 2427.

Date: November 12, 2024

ANDREW M. LUGER
United States Attorney

s/ *[signature]*

BY: DAVID B. GREEN
EVAN B. GILEAD
Assistant U.S. Attorneys